### NATHAN v MICHAELSON

Ohio Appeals, 1st Dist, Hamilton Co

Decided Feb 5, 1934

R. T. Dickerson, Cincinnati, for appellants.

Nichols, Morrill, Wood, Marx & Ginter, Cincinnati, for appellee.

For full opinion see 1 OO 429; 48 Oh Ap 293.